To the honorable Judge,

I've sent a copy of this motion to you direct due to the circumstances being time sensitive, currently trapped in a mafia organized crime plot for 2 years & my life being in danger. I'm concerned you won't get this in time or at all. I've also sent a copy to the clerk.

- 2 motion packets attached

Shaun Patrick Stewart        11/17/22

x [signature]

# United States District Court
## for the
### District of
#### Ocala Division

[Shaun Patrick] Stewart
-v-

Filing Date: Sept. 2022

Case #: (not received)

| Case(s) | Defendant(s) |
|---|---|
| 1 | Sarasota County, FL, Sarasota, FL Sheriff's Office |
| 2 | Geico, Inc. |
| 3 | Tesla, Inc. |
| 4 | TA Travel Center, Inc. |
| 5 | Sumter County, FL, Sumter County Sheriff's Office, Wildwood, FL Police Dpt., City of Wildwood, FL |
| 6 | Sumter County, FL, State of Florida |
| 7 | State of Florida |
| 8 | Sumter County (FL) Detention Center (x 3) |
| 9 | Sumter County, FL, Sumter County (FL) Detention Center (x 3) |
| 10 | 2 more case filings |

## Motion for [Emergency] Relief
### (for all cases)

- Federal (Witness) Protection/Resources.
- FBI Investigation & assistance gathering evidence for my cases.
- Any relief that was requested in all of these case filings, that doesn't require a case win or settlement & can be granted via Judge; due to circumstances not being typical, unbearable, all illegal & urgent.

Note: An FBI investigation & Witness Protection was requested in my initial case filings, along with **financial damages**.

Consideration from the honorable Judge:

- I'm the victim of a civilian mafia kidnap & false imprisonment for almost 2 years; carried out by multiple mafias, gang, organizations & their LEO/State associates. Each case filing has a 250 page statement & explains how all of these case filings are connected.

- I'm trapped in a mafia/gang conspiracy-to-murder-plot, with the county/state facilitating.

- I'm not supposed to be alive to tell this story. & won't be eventually.

- I've been trying to contact the FBI for 2 years, & have been blocked by mafia & corrupt LEO's - please help!

A 3/4

- These civil cases are my only way to contact federal authorities, with my intention & hope being that all of these cases are relayed to the FBI.

- I'm a 20 year business consultant/manager turned owner, that's been hunted & submitted as a mafia target repeatedly over 10 years; a victim of what could only be considered a kidnap via literal fake LEO's. All of my cases contain the same 250 page 'Statement of Claim' explaining all of this & with 10 years of data.

Due to the fact I'm blocked for 2 years now from contacting the FBI, trapped, stripped of all money/assets, will be hunted by mafias & gangs if I leave here, & now have to wait 1-2 years for these cases to be heard; their is nothing stopping these mafia actors from doing this to me over & over again & costing me many years of my life. Were talking repeated criminal framing or outright kidnap arrest via fake LEO's, false imprisonment, torture tactics, death threats of my family or hunting them nationwide, attempting to use a rigged & mafia controlled justice system to facilitate a 'hands-clean' conspiracy-to-(prison)-murder-plot, & much more.

These multi-mafia & gang org's mock me because they know nobody will help me, because they control the police. I'm hoping these civil cases will get me the help & protection I need.
Note: I'm in Sumter County Detention Center.

United States District Court
for the
District of
Ocala Division

B1/7

[Shaun Patrick] Stewart

vs

State of Florida,
Sumter County District Court

Case Number:                    Filing Date:
(not yet provided)              June 2022

Case Premise: Knowingly attempting to send me to a mental institution via a fake/forged mental health eval.

Motion for [Emergency] Court Hearing or additional Relief, at the Judges discretion.

Note: The honorable middle district court Judge previously provided initial relief, by blocking the defendants from sending me to a mental institution via fraud in a second corruption coverup.

Basis for request:

Due to the fact, I won't cooperate with the State & County Courts endless attempts...

B 2/7

to coverup fraud & corruption; with what should be considered criminal acts via Judges, Public Defenders, District Attornies, all the way up to the supervisor of FL State Attornies; my jail charge cases (2021-CF-449, 455, 483) in Sumter County are now on hold until the middle district court reviews this civil case & my other civil cases filed in September 22. I'm now on page to be in jail 4 years on dismissed (& fake) original charges & not convicted on any jail charges. The issue here is I need this forged/fake health eval & state/county corruption available as evidence for my jail charges, as all of this is connected. The corrupt state & judge are supressing all evidence that makes them look bad, & are trying to force me to take another health eval when their was never a basis for one in the first place; so they can pretend this never happened & delete all traces of corruption evidence.

B3/7:

Why did the State forge a fake health eval?

In a premeditated effort, they used it to block trial on my original arrest case; that would expose Law Enforcement corruption, a premeditated arrest of an innocent person, an arrest of a victim of mafia/gang organized crime (that involves county/state actors) & I was just trying to report it; an initial arrest by a fake LEO & full-time mafia cop- one who bounces in & out of law enforcement offices- city, state & nationwide arresting mafia targets- on behalf of civilian mafia members; filing fake charges in every case & keeps his name off all paperwork & stays out of court by any means; you'd see an arrest that was a setup, & involved the collusion of multiple civilian mafias, hardcore gangs such as MS13, Cartel, 1%ers & more.

B4/7

I want to reiterate & note:

1) My arrest, false imprisonment via jail, forever blocking all communication, months/years of torture tactics (this was a kidnap) was ordered via civilian mafia(s).

2) The state is leaking all of my case info to civilian mafia, who also threatens the life of any attorney I'd attempt to hire, & is using this to carry out a mafia/gang prison murder plot; this is their 2nd attempt (FYI: jail charges are fake).

3) Sumter County Detention Center has allowed civilian mafia in this 'secure' building twice to threaten me, & threatened to kill me for my intent to file this civil case.

Emergency additional Relief request and/or Court hearing (at the judges discretion).

1) A court order to stop the Sumter County Circuit Court (Judge Hatcher) & the State of Florida (D.A. Kiesha Cason) from requesting another competency evaluation; on behalf of the same corrupt actors who were already caught forging a fake health eval to block me from trial, in a coordinated corruption coverup via civilian mafia, county/state actors, my public defenders, the D.A.s & the supervisor of State Attornies. An illegal arrest or kidnap, initially by a fake LEO, who bounces in & out of law enforcement offices nationwide arresting civilian mafia targets; followed by forever blocking all communication, false imprisonment, torture tactics, family death threats & much more.

The State & Judge have already admitted/acknowledged the eval was fraud; I intend to use this as evidence of organized corruption regarding my (fake) jail cases, & this is what all parties are trying to stop. While the State tries to send me to prison via mafia kidnap, fake jail charges, & are faciliting a mafia/gang conspiracy-to-(prison)-murder plot; while communicating directly with the head of the mafia org. about my jail cases. A new health eval deletes their corruption from evidence in their minds.

2) My (fake) jail charges heard/prosecuted via federal court, due to the following:

6/7

A) The county judge & state prosecutors willingness to be extremely corrupt at every turn; putting lawsuit prevention & damage control above all; including justice & the life of a innocent person.

B) Civilian mafia control of my case(s).

C) As predicted, the county court judge (hatcher) not allowing any county/state corruption data/evidence to be submitted; this is 50% of my legal defense.

D) My jailing was created via county/state corruption; this is a conflict of interest.

E) I have multiple corruption lawsuits against Sumter Court & the State; this is a conflict of interest.

F) Public Defenders covering up all state corruption; inability to hire civilian attorney, due to mafia threatening.

Motion filed by:        Filing Date:
Shaun Patrick Stewart      11/17/22

*[signature]*

219 E. Anderson Ave.
Bushnell, FL 33513
Sumter County D.C.



A 4/4

Motion filed by:
Shaun Patrick Stewart

Filing Date:
11/17/22

219 E. Anderson Ave.
Bushnell, FL 33513
Sumter County D.C.